IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GILBERT MENDOZA,<br><br>    Plaintiff,<br><br>    v.<br><br>G. MATTESON, et al.,<br><br>    Defendants. | No. 2:23-CV-0810-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 11, for an extension of time to file objections to the Court's August 16, 2023, findings and recommendations. Good cause appearing therefor, Plaintiff's motion will be granted.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 11, is GRANTED.

2. Plaintiff may file objections to the Court's August 16, 2023, findings and recommendations within 30 days of the date of this order.

Dated:  September 6, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1